107 P.3d 1213

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Dacanay v. Liberty Mut. Ins. Co. . . . 25424 | 02/28/2005 | Denied | 106 Hawai'i 540, 107 P.3d 1213 |